# EXHIBIT A

SHANNON SIERRA
f/k/a SHANNON LEE SALAS,

    Plaintiff,                           Case No. 3:15-cv-00490-BJD-MCR

v.

WHETSTONE PARTNERS, LLC,
d/b/a ETITLELOAN

    Defendant.

_____/

## DEFENDANT'S OFFER OF JUDGMENT AS TO COUNT I

Defendant, WHETSTONE PARTNERS, LLC, d/b/a ETITLELOAN ("Defendant"), by and through its undersigned attorneys, and pursuant to Rule 68 of the Federal Rules of Civil Procedure, submits this Offer of Judgment to Plaintiff, SHANNON SIERRA f/k/a SHANNON LEE SALAS ("Plaintiff"). Defendant shall pay to Plaintiff the sum total of Five Thousand Dollars and 00/100 cents ($5,000.00), inclusive of all interest, costs, attorneys' fees, expenses and all other monetary relief sought in Count I of Plaintiff's Amended Complaint in Case No. 15-cv-00490-BJD-MCR, which alleges violations of the Florida Consumer Collection Practices Act, § 559.55, *et seq.* The $5,000.00 Judgment Amount shall be paid by Defendant to Plaintiff in full resolution of all claims raised in Count I of Plaintiff's Amended Complaint in Case No. 15-cv-00490-BJD-MCR. Pursuant to Rule 68, in the event that this Offer of Judgment is not accepted in writing within 14 days of service, it will be deemed to have been withdrawn and Defendant will be entitled to avail itself of seeking costs incurred after the offer was made from the Plaintiff in accordance with Federal Rule of Civil Procedure 68(d), if the judgment that the

Plaintiff finally obtains is not more favorable than the unaccepted offer. In the event this Offer

of Judgment is accepted in writing within 14 days of service, a judgment may be entered in favor

of the Plaintiff as to Count I of Plaintiff's Amended Complaint in accordance with Rule 68(a).

This offer of judgment does not constitute, and shall not be construed as an admission of

liability, fault or guilt by the Defendant as to Count I of the Amended Complaint.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 27th day of May, 2015 I electronically served the
foregoing document via E-mail on all parties identified on the attached Service List in the
manner specified.

Respectfully submitted,

**TRIPP SCOTT, P.A.**
*Attorneys for Defendant*
110 S.E. 6th Street, 15th Floor
Fort Lauderdale, Florida 33301
Telephone: (954) 525-7500
Facsimile: (954) 761-8475

By: *Stephanie C. Vellios*
PAUL O. LOPEZ, ESQ.
Fla. Bar No. 983314
POL@trippscott.com
STEPHANIE C. VELLIOS, ESQ.
Fla. Bar. No. 0077661
SCV@trippscott.com